ACCEPTED
03-15-00303-CV
8124485
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 4:41:10 PM
JEFFREY D. KYLE
CLERK

CASE NO. 03-15-00303-CV

IN THE THIRD COURT OF APPEALS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 4:41:10 PM
JEFFREY D. KYLE
Clerk

---

**Rosa Ena Cantu, Appellant**

**v.**

**Southern Insurance Company and Steve Dollery, Appellees**

---

On Appeal from the 21st Judicial District
Bastrop County, Texas
Trial Court Cause No. 053-21
Hon. Carson Campbell

---

**Second Unopposed Motion to Extend Time to File Appellees' Brief**

---

TO THE HONORABLE COURT OF APPEALS:

Appellees Southern Insurance Company and Steve Dollery ask the Court to extend the time to file Appellees' Brief.

1. Appellees are Southern Insurance Company and Steve Dollery; Appellant is Rosa Ena Cantu.

2. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d). The Court may grant a motion to extend time to file a brief and postpone submission of the case on a motion complying with Texas Rule of Appellate Procedure 10.5(b). *Id.*

3.     The deadline to file Appellees' Brief is December 7, 2015. Appellant and Appellees have settled their dispute, but have not exchanged final settlement and release documents. Although the parties have agreed to a dismissal of this appeal, Appellant has refused to file or join in a motion to dismiss this appeal until the formal settlement documents and checks are exchanged. Appellant has agreed to an extension of Appellees' briefing deadline, however, to allow finalization of the settlement. Appellees therefore request an extension of the time to file their brief until **Friday, January 8, 2015**, which should give the parties ample time to finalize the settlement and move to dismiss this appeal. One previous extension of time has been granted to file Appellees' Brief.

4.     This request is not sought for the purpose of delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellees Southern Insurance Company and Steve Dollery respectfully pray that the Court grant this motion to and for such other and further relief to which Appellees may show themselves justly entitled.

Respectfully submitted,

HANNA & PLAUT, L.L.P.
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone: (512) 472-7700
Facsimile: (512) 472-0205


By: */s/ Eric S. Peabody*
    Catherine L. Hanna
    State Bar No. 08918280
    channa@hannaplaut.com
    Eric S. Peabody
    State Bar No. 00789539
    epeabody@hannaplaut.com
    Laura D. Tubbs
    State Bar No. 24052792
    ltubbs@hannaplaut.com

**COUNSEL FOR APPELLEES
SOUTHERN INSURANCE
COMPANY AND STEVE
DOLLERY**


## CERTIFICATE OF CONFERENCE

On December 3, 2015, the undersigned counsel for Appellees conferred with Audrey Guthrie, counsel for Appellant Rosa Ena Cantu, via email regarding this motion. Counsel for Appellant advised that she is unopposed to the relief sought.


*/s/ Eric S. Peabody*
Eric S. Peabody

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Extend Time to File Appellees' Brief has been forwarded by e-service and/or facsimile on the 7th day of December, 2015 to:

*Via Facsimile: (713) 467-8883*
M. Chad Gerke
Robert L. Collins
Audrey E. Guthrie
Email: houstonlaw2@aol.com
P.O. Box 7726
Houston, Texas 77270-7726

*Via Facsimile: (713) 467-8883*
Christopher D. Lewis
Email: houstonlaw2@aol.com
1721 West T.C. Jester Blvd.
Houston, Texas 77008

*Counsel for Appellant*

*/s/ Eric S. Peabody*
Eric S. Peabody